| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

JACKSON C. JONES, JR., §
　　　　　　　　　　　　　　§
　　　　Plaintiff, §
　　　　　　　　　　　　　　§
versus § CIVIL ACTION NO. 1:10-CV-380
　　　　　　　　　　　　　　§
KANSAS CITY SOUTHERN §
RAILWAY COMPANY and §
WILLIAM J. TILL, M.D., §
　　　　　　　　　　　　　　§
　　　　Defendants. §

## MEMORANDUM ORDER

The court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive pretrial motions. On December 28, 2010, Judge Giblin issued a report and recommendation on the plaintiff's motion for default judgment. He recommended that the court deny the motion.

The plaintiff has not objected to the magistrate judge's recommendation. After review, the court finds that Judge Giblin's findings and recommendations should be accepted. Based upon the magistrate judge's findings of fact and recommended disposition, the court ORDERS that the report and recommendation (#12) on the motion for default judgment is ADOPTED. The court further ORDERS that the plaintiff's motion for default judgment (#9) is DENIED.

SIGNED at Beaumont, Texas, this 10th day of February, 2011.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE